# MOTION DOCKET

**95–595.   State ex rel. Capitol Materials Co. v. Trimble.**
Franklin App. No. 94APD02–138.   On motion to advance case on docket.   Motion denied.
   LUNDBERG STRATTON, J., also notes that the motion is moot.
   DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent and would grant the motion.

**96–249.   Frank A. Rulli, F.A.R. Foods, Inc. v. Fan Co.**
Mahoning App. No. 94 C.A. 14.   On motion to participate in oral argument.   Motion denied.
   DOUGLAS, J., dissents.

**96–1828.   Justice v. Hurley.**
Franklin App. No. 95APD07–918.   On motion to strike appendix to reply brief and argument related thereto.   Motion granted.
   PFEIFER, J., dissents.
   LUNDBERG STRATTON, J., not participating.

**96–2006.   Minton v. Honda of Am. Mfg., Inc.**
Montgomery App. No. 14949.   On motion for admission *pro hac vice* of Larry E. Coben by Robert W. Kerpsack.   Motion granted.

**96–2025.   Minton v. Honda of Am. Mfg., Inc.**
Montgomery App. No. 14949.   On motion for admission *pro hac vice* of Larry E. Coben by Robert W. Kerpsack.   Motion granted.

**96–2498.   State ex rel. Fite v. Aeh.**
In Mandamus.   On answer of respondent and on motion for judgment on the pleadings.   *Sua sponte*, alternative writ granted.

**96–2654.   Cambridge Arms, Ltd. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 94–P–1129.   On motion to consolidate case with 96–2655, *Cambridge Arms II, Ltd. v. Hamilton Cty. Bd. of Revision,* Board of Tax Appeals, No. 94–P–1130.   Motion granted.

**96–2742.   State v. Greene.**
Scioto App. No. 94CA2297.   On motion for leave to file delayed appeal.   Motion granted.
   DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**96–2757.   State v. Watkins.**
Franklin App. No. 96APA05–635.   On motion for leave to file delayed appeal.   Motion denied.
   MOYER, C.J., and PFEIFER, J., dissent.
   LUNDBERG STRATTON, J., not participating.

**96–2778.   Robinson v. B.O.C. Group, Gen. Motors Corp.**
Trumbull App. No. 96–T–5419.   On review of order certifying a conflict.   The court determines that a conflict exists;  the parties are to brief the issues stated in the court of appeals' Judgment Entry filed November 26, 1997:
   "When an employer has appealed a decision of the Industrial Commission to a court of common pleas under R.C. 4123.512, can the court of common pleas subsequently grant a motion to voluntarily dismiss the employee's complaint without prejudice under Civ.R. 41(A)(2)?"
   F.E. SWEENEY, J., dissents.

**96–2790.   State v. Clemons.**
Hamilton C.P. No. B9511119.   On motion for leave to file delayed appeal.   Motion granted.
   F.E. SWEENEY, J., dissents.